UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARY MCELHANON, Individually, and on behalf of others similarly situated,<br>    *Plaintiff,*<br><br>v.<br><br>SALVATION ARMY<br>    *Defendant.* | Case No.    4:18-cv-1457 |

## NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY ALL DEADLINES

COME NOW, Plaintiff MARY MCELHANON ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendant, THE SALVATION ARMY, A GEORGIA CORPORATION ("The Salvation Army") (Plaintiff and The Salvation Army referred to herein collectively as the "Parties") and make and file this *Notice of Settlement and Joint Motion to Stay All Deadlines* and in support thereof respectfully show and notify the Court of the following:

### NOTICE OF SETTLEMENT

1.    The Parties respectfully notify the Court that the Parties have agreed in principle to fully and finally settle the above-captioned matter and all claims and matters in controversy between the Parties. Counsel for the Parties are in the process of preparing and finalizing the Settlement and Release Agreement and Joint Motion for Dismissal.

### JOINT MOTION TO STAY ALL DEADLINES

2.    The Parties intend to file the Joint Motion for Dismissal with the Court as soon as practicable. The Parties anticipate that they will be able to finalize the Settlement and Release Agreement and file the Joint Motion for Dismissal with the Court within approximately thirty (30) days. Therefore, the Parties jointly move the Court to stay grant a stay of these proceedings

between them and of all pending deadlines in this matter, including the pre-trial conference scheduled in this matter for Monday, March 18, 2019 at 10:15 a.m., for a period of thirty (30) days until Monday, April 15, 2019 to provide the Parties adequate time to prepare and secure execution of the Settlement and Release Agreement and to draft and file the Joint Motion for Dismissal with the Court. The Parties further respectfully move the Court to stay the entry of a Docket Control Order during this time period.

3. The Salvation Army is filing this Notice and Joint Motion with the approval and permission of Plaintiff.

4. The Parties submit that good cause exists for granting this Joint Motion as set forth above. This Joint Motion is not being filed for the purposes of delay, but so that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Plaintiff MARY MCELHANON and Defendant, THE SALVATION ARMY, A GEORGIA CORPORATION, respectfully request that the Court order the stay of these proceedings between the Parties and of all deadlines in this matter, including the pre-trial conference scheduled in this matter for Monday, March 18, 2019 at 10:15 a.m. for a period of thirty (30) days until Monday, April 15, 2019 and that the Court grant such other and further and relief as may be just and proper.

    Respectfully submitted,

    **THE BIGGERS LAW FIRM, P.C.**

    By: /s/ Edward D. Biggers
        EDWARD D. BIGGERS
        Attorney-In-Charge
        State Bar No. 02309010
        2616 Hibernia Street
        Dallas, Texas 75204
        Telephone No. (214) 252-1900
        Telecopier No. (214) 252-1901
        ebiggers@biggerslawfirm.com

ATTORNEYS FOR THE SALVATION ARMY, A GEORGIA CORPORATION

**AGREED AS TO FORM AND SUBSTANCE:**

By: /s/ Josh Sanford
Mr. Josh Sanford
SANFORD LAW FIRM, PLLC
650 S. Shackleford, Suite 411
Little Rock, Arkansas 72211
Telephone No. (501) 221-0088
Telecopier No. (888) 787-2040

Mr. Jason T. Brown
Mr. Nicholas Conlon
JTB LAW GROUP, LLC
155 2nd Street, Suite 4
Jersey City, New Jersey 07302
Telephone No. (877) 561-0000
Telecopier No. (855) 582-5297

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing *Notice of Settlement and Joint Motion for Stay of Deadlines* was duly served upon the following attorneys via ECF this 15th day of March, 2019.

| | |
|---|---|
| Mr. Josh Sanford<br>SANFORD LAW FIRM, PLLC<br>650 S. Shackleford, Suite 411<br>Little Rock, Arkansas 72211<br>Telephone No. (501) 221-0088<br>Telecopier No. (888) 787-2040 | Mr. Jason T. Brown<br>Mr. Nicholas Conlon<br>JTB LAW GROUP, LLC<br>155 2nd Street, Suite 4<br>Jersey City, New Jersey 07302<br>Telephone No. (877) 561-0000<br>Telecopier No. (855) 582-5297 |

*Attorneys for Plaintiff*

/s/ Edward D. Biggers
**EDWARD D. BIGGERS**