| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas

**ENTERED**
March 15, 2019
David J. Bradley, Clerk

Mary McElhanon,

        Plaintiff,

versus

Salvation Army,

        Defendant.

§
§
§
§
§
§
§
§
§
§

Civil Action H-18-1457

## Conditional Dismissal

1.  Having been advised that the parties have settled, this case is dismissed with prejudice.

2.  By April 19, 2019, the parties may move for reinstatement.

3.  The court retains jurisdiction to enforce the settlement.

4.  All pending deadlines and settings are terminated. (29) (30)

Signed on March __15__, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge