| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
April 22, 2019
David J. Bradley, Clerk

Mary McElhanon, §
　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　§
versus　　　　　§   Civil Action H-18-1457
　　　　　　　　§
Salvation Army, §
　　　　　　　　§
　　　　Defendant. §

## Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. The court retains jurisdiction to enforce the settlement.

Signed on April 22, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge